175 A.3d 171

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID
MACKOON, A/K/A MIKE MACKOON, MICHAEL MACKOON,
DEFENDANT–PETITIONER.

C–340 September Term 2017
078977

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003774–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.